**PLAINTIFF'S CERTIFICATION**

I, Linh Hoang ("Plaintiff"), declare under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of an action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Sunworks, Inc. (Nasdaq - SUNW) securities during the Class Period specified in the Complaint are as follows (use additional sheet if necessary):

| **DATE** | **# OF SHARES PURCHASED** | **# OF SHARES SOLD** | **PRICE** |
|---|---|---|---|
| See Attached Excel | | | |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws. [Or, Plaintiff has served as a class representative in the action(s) listed as follows:]

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this **21** day of October, 2020.

Sign Name: _____

Print Name: Linh Hoang

Address: 95 Spring Street

State, Zip Code: Lexington, MA 02421

County/Country (if not USA): Middlesex

| Symbol | Quantity | Opening Date | Opening Price $ | Opening Net Amount $ | Type | Closing Date |
|---|---|---|---|---|---|---|
| SUNW | 375.714173 | 10/12/2016 | 19.95 | 7495.24 | S | 9/24/2020 |
| SUNW | 100.445258 | 10/12/2016 | 19.83 | 2001.98 | S | 9/24/2020 |
| SUNW | 137.857102 | 11/10/2016 | 15.18 | 2102.69 | S | 9/24/2020 |
| SUNW | 828.57118 | 11/10/2016 | 16.91 | 14018.15 | S | 9/24/2020 |
| SUNW | 1042.85683 | 11/9/2016 | 19.56 | 20412.03 | S | 9/24/2020 |
| SUNW | 1428.571 | 11/17/2016 | 17.08 | 24408.99 | S | 9/24/2020 |
| SUNW | 232.714216 | 11/17/2017 | 7.87 | 1831.65 | S | 9/24/2020 |
| SUNW | 224.428504 | 11/17/2017 | 7.88 | 1773.11 | S | 9/24/2020 |
| SUNW | 2642.85635 | 11/17/2017 | 7.7 | 20359.9 | S | 9/24/2020 |
| SUNW | 42.85713 | 11/17/2017 | 7.84 | 336 | S | 9/24/2020 |
| SUNW | 329.285615 | 1/8/2018 | 7.77 | 2568.45 | S | 9/24/2020 |
| SUNW | 301.428481 | 1/8/2018 | 7.84 | 2368.15 | S | 9/24/2020 |
| SUNW | 14.28571 | 1/8/2018 | 8.05 | 119.95 | S | 9/24/2020 |
| SUNW | 1714.2852 | 1/9/2018 | 7.98 | 13684.95 | S | 9/24/2020 |
| SUNW | 1736.856622 | 7/24/2017 | 14.42 | 25050.43 | S | 9/24/2020 |
| SUNW | 1088.856816 | 8/1/2017 | 13.76 | 14982.18 | S | 9/24/2020 |
| SUNW | 1288.856756 | 8/9/2017 | 13.02 | 16780.92 | S | 9/24/2020 |
| SUNW | 28.57142 | 8/9/2017 | 12.85 | 371.95 | S | 9/24/2020 |
| SUNW | 64.571409 | 8/9/2017 | 12.95 | 836.2 | S | 9/24/2020 |
| SUNW | 157.14281 | 8/9/2017 | 12.88 | 2024 | S | 9/24/2020 |
| SUNW | 5714.284 | 1/22/2018 | 7.98 | 45604.95 | S | 9/24/2020 |
| SUNW | 2272.570747 | 1/23/2018 | 8.82 | 20049.03 | S | 9/24/2020 |
| SUNW | 13.142853 | 1/23/2018 | 8.75 | 115 | S | 9/24/2020 |
| SUNW | 2241.285042 | 1/26/2018 | 8.26 | 18517.97 | S | 9/24/2020 |
| SUNW | 942.85686 | 1/24/2018 | 7.98 | 7528.95 | S | 9/24/2020 |
| SUNW | 71.42855 | 1/24/2018 | 7.91 | 569.95 | S | 9/24/2020 |
| SUNW | 1071.42825 | 2/2/2018 | 7.45 | 7991.7 | S | 9/24/2020 |
| SUNW | 584.999824 | 6/25/2018 | 7.31 | 4281.77 | S | 9/24/2020 |
| SUNW | 168.999949 | 7/25/2018 | 7.41 | 1257.75 | S | 9/24/2020 |
| SUNW | 373.857031 | 8/16/2018 | 4.97 | 1857.81 | S | 9/24/2020 |
| SUNW | 60.285696 | 8/16/2018 | 4.97 | 299.62 | S | 9/24/2020 |
| SUNW | 14.28571 | 8/16/2018 | 4.92 | 75.25 | S | 9/24/2020 |
| SUNW | 14.28571 | 8/16/2018 | 5.04 | 72 | S | 9/24/2020 |
| SUNW | 257.14278 | 8/16/2018 | 5.18 | 1336.05 | S | 9/24/2020 |
| SUNW | 6278.712402 | 8/16/2018 | 5.18 | 32524.3 | S | 9/24/2020 |
| SUNW | 42.85713 | 8/16/2018 | 5.11 | 223.89 | S | 9/24/2020 |
| SUNW | 42.85713 | 8/16/2018 | 5.11 | 219 | S | 9/24/2020 |
| SUNW | 14.28571 | 8/16/2018 | 5.04 | 76.97 | S | 9/24/2020 |
| SUNW | 185.71423 | 8/16/2018 | 5.06 | 938.86 | S | 9/24/2020 |
| SUNW | 757.14263 | 8/16/2018 | 5.08 | 3847.8 | S | 9/24/2020 |

| | | | | | |
|---|---:|---|---:|---:|---|
| SUNW | 285.7142 | 8/16/2018 | 5.09 | 1455 S | 9/24/2020 |
| SUNW | 1428.571 | 8/20/2018 | 4.9 | 7004.95 S | 9/24/2020 |
| SUNW | 694.428363 | 8/24/2018 | 4.99 | 3470.84 S | 9/24/2020 |
| SUNW | 1530.856684 | 8/31/2018 | 4.69 | 7184.67 S | 9/24/2020 |
| SUNW | 437.142726 | 8/31/2018 | 4.69 | 2054.54 S | 9/24/2020 |
| SUNW | 1637.999509 | 9/14/2018 | 4.2 | 6884.55 S | 9/24/2020 |
| SUNW | 157.14281 | 3/6/2018 | 7.51 | 1185.8 S | 9/24/2020 |
| SUNW | 557.285547 | 3/6/2018 | 7.55 | 4209.96 S | 9/24/2020 |
| SUNW | 107.142825 | 3/6/2018 | 7.56 | 810 S | 9/24/2020 |
| SUNW | 521.428415 | 3/29/2018 | 6.69 | 3491.8 S | 9/24/2020 |
| SUNW | 907.142585 | 3/28/2018 | 6.58 | 5973.32 S | 9/24/2020 |
| SUNW | 295.857054 | 9/27/2018 | 3.43 | 1019.74 S | 9/24/2020 |
| SUNW | 366.714176 | 9/28/2018 | 3.48 | 1277.54 S | 9/24/2020 |
| SUNW | 242.85707 | 9/28/2018 | 3.49 | 847.45 S | 9/24/2020 |
| SUNW | 104.714254 | 9/28/2018 | 3.5 | 371.45 S | 9/24/2020 |
| SUNW | 1071.42825 | 10/12/2018 | 2.8 | 3004.95 S | 9/24/2020 |
| SUNW | 1098.856813 | 10/26/2018 | 2.73 | 3004.83 S | 9/24/2020 |
| SUNW | 1181.999645 | 11/7/2018 | 3.29 | 3888.78 S | 9/24/2020 |
| SUNW | 285.7142 | 11/7/2018 | 3.22 | 923.95 S | 9/24/2020 |
| SUNW | 42.85713 | 11/7/2018 | 3.22 | 138 S | 9/24/2020 |
| SUNW | 824.428324 | 12/14/2018 | 2.45 | 2024.8 S | 9/24/2020 |
| SUNW | 1514.28526 | 12/21/2018 | 2.31 | 3502.95 S | 9/24/2020 |
| SUNW | 2301.713595 | 12/24/2018 | 2.16 | 4965.83 S | 9/24/2020 |
| SUNW | 473.428429 | 12/28/2018 | 1.94 | 924.92 S | 9/24/2020 |
| SUNW | 57.14284 | 1/4/2019 | 2.44 | 144.51 S | 9/24/2020 |
| SUNW | 442.85701 | 1/4/2019 | 2.44 | 1082.39 S | 9/24/2020 |
| SUNW | 301.999909 | 1/4/2019 | 2.43 | 734.58 S | 9/24/2020 |
| SUNW | 14.28571 | 1/4/2019 | 2.38 | 38.95 S | 9/24/2020 |
| SUNW | 7.571426 | 1/8/2019 | 2.52 | 19.08 S | 9/24/2020 |
| SUNW | 389.14274 | 1/8/2019 | 2.52 | 985.59 S | 9/24/2020 |
| SUNW | 1385.285299 | 8/7/2019 | 3.25 | 4509.15 S | 9/24/2020 |
| SUNW | 28.57142 | 8/7/2019 | 3.19 | 96.11 S | 9/24/2020 |
| SUNW | 78.142834 | 8/7/2019 | 3.2 | 249.71 S | 9/24/2020 |
| SUNW | 34.857132 | 8/12/2019 | 2.96 | 108.06 S | 9/24/2020 |
| SUNW | 31 | 9/3/2019 | 2.38 | 78.67 S | 9/24/2020 |
| SUNW | 779 | 9/3/2019 | 2.45 | 1913.5 S | 9/24/2020 |
| SUNW | 498 | 9/3/2019 | 2.44 | 1215.77 S | 9/24/2020 |
| SUNW | 321 | 9/3/2019 | 2.47 | 792.87 S | 9/24/2020 |
| SUNW | 4950 | 10/31/2019 | 2.08 | 10296 S | 9/24/2020 |
| SUNW | 600 | 10/31/2019 | 2.09 | 1254 S | 9/24/2020 |
| SUNW | 4019 | 10/31/2019 | 2.1 | 8439.9 S | 9/24/2020 |

| | | | | | |
|---|---|---|---|---|---|
| SUNW | 60 | 10/29/2019 | 3.37 | 202.06 S | 9/24/2020 |
| SUNW | 11 | 12/30/2019 | 1.3 | 14.3 S | 9/24/2020 |
| SUNW | 391 | 9/24/2019 | 2.53 | 995.55 S | 9/24/2020 |
| SUNW | 90 | 7/27/2020 | 1.26 | 112.95 S | 9/24/2020 |
| SUNW | 34 | 8/27/2020 | 0.74 | 24.99 S | 9/24/2020 |
| SUNW | 3062 | 2/24/2020 | 0.7 | 2158.4 S | 9/24/2020 |
| SUNW | 1163 | 2/24/2020 | 0.7 | 819.62 S | 9/24/2020 |
| SUNW | 1200 | 2/24/2020 | 0.7 | 841.2 S | 9/24/2020 |
| SUNW | 555 | 2/24/2020 | 0.7 | 388.44 S | 9/24/2020 |
| SUNW | 700 | 2/24/2020 | 0.7 | 490 S | 9/24/2020 |
| SUNW | 2861 | 3/4/2020 | 0.69 | 1980.38 S | 9/24/2020 |
| SUNW | 3550 | 3/12/2020 | 0.56 | 1992.32 S | 9/24/2020 |
| SUNW | 2088 | 3/16/2020 | 0.48 | 1002.03 S | 9/24/2020 |
| SUNW | 1317 | 3/16/2020 | 0.46 | 602.79 S | 9/24/2020 |
| SUNW | 2718 | 3/20/2020 | 0.37 | 1002.94 S | 9/24/2020 |
| SUNW | 1219 | 3/24/2020 | 0.41 | 494.91 S | 9/24/2020 |
| SUNW | 1587 | 3/27/2020 | 0.35 | 553.73 S | 9/24/2020 |
| SUNW | 2000 | 4/2/2020 | 0.33 | 664.4 S | 9/24/2020 |
| SUNW | 42 | 4/8/2020 | 0.35 | 14.62 S | 9/24/2020 |
| SUNW | 8490 | 4/8/2020 | 0.36 | 3055.55 S | 9/24/2020 |
| SUNW | 4000 | 4/9/2020 | 0.36 | 1460 S | 9/24/2020 |
| SUNW | 10000 | 4/9/2020 | 0.37 | 3675 S | 9/24/2020 |
| SUNW | 600 | 4/7/2020 | 0.33 | 200.94 S | 9/24/2020 |
| SUNW | 1400 | 4/7/2020 | 0.34 | 469 S | 9/24/2020 |
| SUNW | 83 | 4/7/2020 | 0.33 | 27.5 S | 9/24/2020 |
| SUNW | 2070 | 4/7/2020 | 0.33 | 693.24 S | 9/24/2020 |
| SUNW | 7847 | 4/7/2020 | 0.34 | 2628.74 S | 9/24/2020 |
| SUNW | 1255 | 4/8/2020 | 0.34 | 422.94 S | 9/24/2020 |
| SUNW | 213 | 4/8/2020 | 0.34 | 72.42 S | 9/24/2020 |
| SUNW | 64 | 9/14/2020 | 0.74 | 47.35 S | 9/24/2020 |
| SUNW | 957.14257 | 8/6/2018 | 7 | 6709.9 S | 10/15/2020 |
| SUNW | 1070.142536 | 8/6/2018 | 7.14 | 7640.82 S | 10/15/2020 |
| SUNW | 664.428372 | 8/6/2018 | 7.07 | 4702.46 S | 10/15/2020 |
| SUNW | 28.57142 | 8/14/2018 | 5.03 | 143.6 S | 10/15/2020 |
| SUNW | 71.42855 | 8/14/2018 | 5.04 | 364.9 S | 10/15/2020 |
| SUNW | 714.2855 | 8/14/2018 | 5.04 | 3600 S | 10/15/2020 |
| SUNW | 2042.85653 | 8/14/2018 | 5.25 | 10725 S | 10/15/2020 |
| SUNW | 1228.57106 | 3/9/2018 | 7.14 | 8772 S | 10/15/2020 |
| SUNW | 71.725756 | 3/9/2018 | 7.03 | 509.45 S | 10/15/2020 |
| SUNW | 128.57139 | 3/9/2018 | 7.07 | 909 S | 10/15/2020 |
| SUNW | 499.99985 | 3/15/2018 | 6.86 | 3428.95 S | 10/15/2020 |

| | | | | | |
|---|---|---|---|---|---|
| SUNW | 271.42849 | 3/15/2018 | 6.86 | 1866.19 S | 10/15/2020 |
| SUNW | 94.142829 | 3/15/2018 | 6.86 | 645.82 S | 10/15/2020 |
| SUNW | 562.999831 | 3/15/2018 | 6.96 | 3924.27 S | 10/15/2020 |
| SUNW | 1063.713967 | 3/27/2018 | 7.13 | 7589.45 S | 10/15/2020 |
| SUNW | 28.57142 | 3/27/2018 | 7 | 204.93 S | 10/15/2020 |
| SUNW | 662.714087 | 3/27/2018 | 7 | 4639 S | 10/15/2020 |
| SUNW | 291.857055 | 3/27/2018 | 7.14 | 2083.86 S | 10/15/2020 |
| SUNW | 614.28553 | 3/27/2018 | 7.07 | 4347.95 S | 10/15/2020 |
| SUNW | 714.2855 | 4/3/2018 | 6.86 | 4904.95 S | 10/15/2020 |
| SUNW | 104.714254 | 4/16/2018 | 6.62 | 697.78 S | 10/15/2020 |
| SUNW | 1428.571 | 4/18/2018 | 6.65 | 9504.95 S | 10/15/2020 |
| SUNW | 60.714267 | 4/18/2018 | 6.72 | 412.95 S | 10/15/2020 |
| SUNW | 254.999923 | 9/24/2018 | 3.89 | 996.16 S | 10/15/2020 |
| SUNW | 1093.999672 | 9/24/2018 | 4.12 | 4507.85 S | 10/15/2020 |
| SUNW | 2894.284846 | 9/27/2018 | 3.47 | 10053.91 S | 10/15/2020 |
| SUNW | 994.142559 | 2/13/2019 | 3.42 | 3404.42 S | 10/15/2020 |
| SUNW | 23.999993 | 2/13/2019 | 3.37 | 85.93 S | 10/15/2020 |
| SUNW | 731.714066 | 2/13/2019 | 3.41 | 2491.86 S | 10/15/2020 |
| SUNW | 9.714283 | 2/13/2019 | 3.42 | 33.19 S | 10/15/2020 |
| SUNW | 42.85713 | 2/13/2019 | 3.42 | 146.7 S | 10/15/2020 |
| SUNW | 20.285708 | 2/13/2019 | 3.43 | 69.54 S | 10/15/2020 |
| SUNW | 3457.14182 | 2/13/2019 | 3.43 | 11858 S | 10/15/2020 |
| SUNW | 92.857115 | 2/13/2019 | 3.35 | 315.65 S | 10/15/2020 |
| SUNW | 471.999858 | 2/13/2019 | 3.36 | 1585.92 S | 10/15/2020 |
| SUNW | 972.999708 | 3/13/2019 | 3.69 | 3597.07 S | 10/15/2020 |
| SUNW | 1428.571 | 3/22/2019 | 3.43 | 4898.95 S | 10/15/2020 |
| SUNW | 99.99997 | 3/29/2019 | 3.13 | 318.41 S | 10/15/2020 |
| SUNW | 30.999991 | 10/29/2018 | 2.73 | 89.58 S | 10/15/2020 |
| SUNW | 128.57139 | 11/7/2018 | 3.21 | 418.05 S | 10/15/2020 |
| SUNW | 814.28547 | 11/7/2018 | 3.22 | 2622 S | 10/15/2020 |
| SUNW | 28.57142 | 11/7/2018 | 3.28 | 93.8 S | 10/15/2020 |
| SUNW | 1250.142482 | 11/7/2018 | 3.29 | 4112.97 S | 10/15/2020 |
| SUNW | 142.8571 | 11/7/2018 | 3.25 | 464 S | 10/15/2020 |
| SUNW | 128.57139 | 11/7/2018 | 3.26 | 423.45 S | 10/15/2020 |
| SUNW | 193.857085 | 11/16/2018 | 2.94 | 574.89 S | 10/15/2020 |
| SUNW | 70.285693 | 12/28/2018 | 1.94 | 141.53 S | 10/15/2020 |
| SUNW | 18.71428 | 5/28/2019 | 6.62 | 128.76 S | 10/15/2020 |
| SUNW | 338.285613 | 6/24/2019 | 4.2 | 1425.51 S | 10/15/2020 |
| SUNW | 307.142765 | 6/24/2019 | 4.2 | 1290 S | 10/15/2020 |
| SUNW | 1599.99952 | 6/24/2019 | 4.42 | 7083.35 S | 10/15/2020 |
| SUNW | 125.714248 | 6/27/2019 | 3.87 | 491.41 S | 10/15/2020 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| SUNW | 128.57139 | 7/1/2019 | 3.89 | 504.9 S | 10/15/2020 |
| SUNW | 8.142855 | 7/1/2019 | 3.91 | 31.87 S | 10/15/2020 |
| SUNW | 42.85713 | 7/17/2019 | 3.78 | 166.8 S | 10/15/2020 |
| SUNW | 2753.856317 | 7/17/2019 | 3.78 | 10426.1 S | 10/15/2020 |
| SUNW | 581.714111 | 7/17/2019 | 3.79 | 2203.77 S | 10/15/2020 |
| SUNW | 557.14269 | 7/17/2019 | 3.82 | 2127.45 S | 10/15/2020 |
| SUNW | 1360.713877 | 7/17/2019 | 3.84 | 5228.27 S | 10/15/2020 |
| SUNW | 34.99999 | 7/26/2019 | 3.98 | 144.36 S | 10/15/2020 |
| SUNW | 58.857125 | 7/29/2019 | 3.92 | 235.42 S | 10/15/2020 |
| SUNW | 1345.142454 | 8/5/2019 | 3.78 | 5088.65 S | 10/15/2020 |
| SUNW | 234.857072 | 8/12/2019 | 3.15 | 743.6 S | 10/15/2020 |
| SUNW | 53.857127 | 8/27/2019 | 3.12 | 173.23 S | 10/15/2020 |
| SUNW | 232 | 9/27/2019 | 2.5 | 584.95 S | 10/15/2020 |
| SUNW | 648 | 10/15/2019 | 2.82 | 1827.36 S | 10/15/2020 |
| SUNW | 301 | 10/21/2019 | 2.85 | 857.85 S | 10/15/2020 |
| SUNW | 10 | 10/29/2019 | 3.39 | 33.9 S | 10/15/2020 |
| SUNW | 57 | 11/27/2019 | 1.23 | 70.39 S | 10/15/2020 |
| SUNW | 450 | 12/27/2019 | 1.21 | 542.84 S | 10/15/2020 |
| SUNW | 126 | 1/10/2020 | 1.23 | 154.98 S | 10/15/2020 |
| SUNW | 198 | 1/28/2020 | 0.97 | 192.81 S | 10/15/2020 |
| SUNW | 93 | 1/29/2020 | 1 | 93.46 S | 10/15/2020 |
| SUNW | 1888 | 1/29/2020 | 1.01 | 1906.88 S | 10/15/2020 |
| SUNW | 911 | 5/27/2020 | 0.51 | 463.97 S | 10/15/2020 |
| SUNW | 244 | 6/3/2020 | 0.49 | 120.32 S | 10/15/2020 |
| SUNW | 72 | 6/22/2020 | 0.66 | 47.84 S | 10/15/2020 |
| SUNW | 1034 | 7/7/2020 | 0.75 | 779.3 S | 10/15/2020 |
| SUNW | 4992 | 7/27/2020 | 1.25 | 6239.5 S | 10/15/2020 |
| SUNW | 2380 | 2/12/2020 | 0.83 | 1986.17 S | 10/15/2020 |
| SUNW | 6688 | 2/18/2020 | 0.74 | 4949.12 S | 10/15/2020 |
| SUNW | 3819 | 3/6/2020 | 0.68 | 2596.16 S | 10/15/2020 |
| SUNW | 252 | 3/4/2020 | 0.69 | 174.2 S | 10/15/2020 |
| SUNW | 245 | 3/27/2020 | 0.35 | 85.13 S | 10/15/2020 |
| SUNW | 1523 | 4/2/2020 | 0.33 | 507.05 S | 10/15/2020 |
| SUNW | 100 | 4/2/2020 | 0.33 | 33.39 S | 10/15/2020 |
| SUNW | 3399 | 4/8/2020 | 0.36 | 1206.64 S | 10/15/2020 |
| SUNW | 2100 | 4/8/2020 | 0.36 | 747.6 S | 10/15/2020 |
| SUNW | 4501 | 4/8/2020 | 0.36 | 1606.86 S | 10/15/2020 |
| SUNW | 900 | 4/14/2020 | 0.4 | 359.55 S | 10/15/2020 |
| SUNW | 8793 | 4/14/2020 | 0.4 | 3517.2 S | 10/15/2020 |
| SUNW | 307 | 4/14/2020 | 0.4 | 122.77 S | 10/15/2020 |
| SUNW | 5000 | 4/17/2020 | 0.42 | 2113 S | 10/15/2020 |

| Ticker | Shares | Date | Price | Amount | Settle Date |
|---|---|---|---|---|---|
| SUNW | 1000 | 4/15/2020 | 0.46 | 461.62 S | 10/15/2020 |
| SUNW | 100 | 4/20/2020 | 0.43 | 43.02 S | 10/15/2020 |
| SUNW | 100 | 4/20/2020 | 0.43 | 43.03 S | 10/15/2020 |
| SUNW | 200 | 4/20/2020 | 0.43 | 86.12 S | 10/15/2020 |
| SUNW | 100 | 4/20/2020 | 0.43 | 43.24 S | 10/15/2020 |
| SUNW | 500 | 4/20/2020 | 0.44 | 217.5 S | 10/15/2020 |
| SUNW | 1000 | 4/22/2020 | 0.42 | 423 S | 10/15/2020 |
| SUNW | 350 | 4/22/2020 | 0.43 | 149.45 S | 10/15/2020 |
| SUNW | 10000 | 5/1/2020 | 0.46 | 4579 S | 10/15/2020 |
| SUNW | 6598 | 5/5/2020 | 0.53 | 3464.57 S | 10/15/2020 |
| SUNW | 4512 | 9/2/2020 | 0.65 | 2950.85 S | 10/15/2020 |
| SUNW | 36 | 9/14/2020 | 0.73 | 26.28 S | 10/15/2020 |
| SUNW | 176.440211 | 4/3/2017 | 11.01 | 1943.67 S | 9/24/2020 |
| SUNW | 2079.570805 | 12/6/2017 | 6.93 | 14416.38 S | 9/24/2020 |
| SUNW | 72.142835 | 12/15/2017 | 7.19 | 523.59 S | 9/24/2020 |
| SUNW | 3498.427522 | 1/23/2018 | 8.54 | 29881.53 S | 9/24/2020 |
| SUNW | 14.28571 | 1/23/2018 | 8.37 | 119.5 S | 9/24/2020 |
| SUNW | 3570.856072 | 1/23/2018 | 8.4 | 30000.15 S | 9/24/2020 |
| SUNW | 142.8571 | 1/24/2018 | 7.81 | 1119.95 S | 9/24/2020 |
| SUNW | 285.7142 | 1/24/2018 | 7.83 | 2238 S | 9/24/2020 |
| SUNW | 642.85695 | 1/24/2018 | 7.84 | 5040 S | 9/24/2020 |
| SUNW | 831.714036 | 1/25/2018 | 8.19 | 6816.69 S | 9/24/2020 |
| SUNW | 882.571164 | 1/25/2018 | 8.25 | 7287.58 S | 9/24/2020 |
| SUNW | 1690.14235 | 1/30/2018 | 7.91 | 13373.98 S | 9/24/2020 |
| SUNW | 514.28556 | 1/31/2018 | 7.77 | 4000.95 S | 9/24/2020 |
| SUNW | 2342.85644 | 1/31/2018 | 7.84 | 18368 S | 9/24/2020 |
| SUNW | 2379.570715 | 1/29/2018 | 7.91 | 18827.36 S | 9/24/2020 |
| SUNW | 171.42852 | 1/29/2018 | 7.84 | 1348.95 S | 9/24/2020 |
| SUNW | 2437.284983 | 2/5/2018 | 7.42 | 18089.61 S | 9/24/2020 |
| SUNW | 671.999798 | 6/7/2018 | 8.05 | 5414.55 S | 9/24/2020 |
| SUNW | 571.4284 | 6/28/2018 | 7.33 | 4190.95 S | 9/24/2020 |
| SUNW | 6.857141 | 7/12/2018 | 7.42 | 55.83 S | 9/24/2020 |
| SUNW | 40.714274 | 7/12/2018 | 7.45 | 308.1 S | 9/24/2020 |
| SUNW | 513.714132 | 7/27/2018 | 6.86 | 3529.03 S | 9/24/2020 |
| SUNW | 1157.999653 | 8/29/2018 | 4.52 | 5234.13 S | 9/24/2020 |
| SUNW | 127.142819 | 4/27/2018 | 6.98 | 891.92 S | 9/24/2020 |
| SUNW | 242.85707 | 5/10/2018 | 8.12 | 1976.95 S | 9/24/2020 |
| SUNW | 2842.85629 | 5/10/2018 | 8.19 | 23283 S | 9/24/2020 |
| SUNW | 214.28565 | 5/11/2018 | 8.26 | 1774.95 S | 9/24/2020 |
| SUNW | 1180.571074 | 5/15/2018 | 8.51 | 10045.71 S | 9/24/2020 |
| SUNW | 3999.9988 | 5/18/2018 | 8.05 | 32204.95 S | 9/24/2020 |

| | | | | | |
|---|---|---|---|---|---|
| SUNW | 42.85713 | 6/4/2018 | 7.94 | 340.47 S | 9/24/2020 |
| SUNW | 28.57142 | 6/4/2018 | 7.95 | 227 S | 9/24/2020 |
| SUNW | 14.28571 | 6/4/2018 | 7.97 | 113.9 S | 9/24/2020 |
| SUNW | 539.856981 | 6/4/2018 | 7.97 | 4309.99 S | 9/24/2020 |
| SUNW | 16.571424 | 6/4/2018 | 7.98 | 132.24 S | 9/24/2020 |
| SUNW | 99.99997 | 9/27/2018 | 3.42 | 341.67 S | 9/24/2020 |
| SUNW | 1325.571031 | 9/27/2018 | 3.43 | 4551.66 S | 9/24/2020 |
| SUNW | 362.142749 | 2/27/2019 | 3.89 | 1412.64 S | 9/24/2020 |
| SUNW | 186.999944 | 3/27/2019 | 2.99 | 564.47 S | 9/24/2020 |
| SUNW | 141.8571 | 3/27/2019 | 3.01 | 426.99 S | 9/24/2020 |
| SUNW | 1292.999612 | 10/29/2018 | 2.73 | 3534.84 S | 9/24/2020 |
| SUNW | 85.71426 | 11/28/2018 | 2.73 | 239.01 S | 9/24/2020 |
| SUNW | 485.71414 | 11/28/2018 | 2.73 | 1326.68 S | 9/24/2020 |
| SUNW | 261.285636 | 12/28/2018 | 1.95 | 515.24 S | 9/24/2020 |
| SUNW | 410.714163 | 1/31/2019 | 2.72 | 1121.47 S | 9/24/2020 |
| SUNW | 66.285694 | 5/28/2019 | 6.86 | 459.67 S | 9/24/2020 |
| SUNW | 189.428515 | 6/27/2019 | 3.87 | 737.96 S | 9/24/2020 |
| SUNW | 127.714247 | 7/29/2019 | 3.92 | 505.05 S | 9/24/2020 |
| SUNW | 148 | 9/27/2019 | 2.49 | 373.47 S | 9/24/2020 |
| SUNW | 303 | 11/27/2019 | 1.23 | 373.6 S | 9/24/2020 |
| SUNW | 328 | 12/30/2019 | 1.3 | 425.65 S | 9/24/2020 |
| SUNW | 321 | 1/28/2020 | 0.97 | 311.39 S | 9/24/2020 |
| SUNW | 454 | 3/27/2020 | 0.35 | 158.85 S | 9/24/2020 |
| SUNW | 873 | 3/31/2020 | 0.37 | 324.49 S | 9/24/2020 |
| SUNW | 100 | 3/31/2020 | 0.37 | 37.2 S | 9/24/2020 |
| SUNW | 200 | 3/31/2020 | 0.37 | 74.36 S | 9/24/2020 |
| SUNW | 1 | 3/31/2020 | 0.37 | 0.37 S | 9/24/2020 |
| SUNW | 6691 | 3/31/2020 | 0.37 | 2474.33 S | 9/24/2020 |
| SUNW | 8777 | 3/31/2020 | 0.37 | 3247.49 S | 9/24/2020 |
| SUNW | 20000 | 3/31/2020 | 0.37 | 7398 S | 9/24/2020 |
| SUNW | 100 | 6/1/2020 | 0.47 | 47.13 S | 10/15/2020 |
| SUNW | 3566 | 6/1/2020 | 0.48 | 1693.85 S | 10/15/2020 |
| SUNW | 2286 | 6/1/2020 | 0.48 | 1097.28 S | 10/15/2020 |
| SUNW | 4300 | 6/1/2020 | 0.48 | 2042.5 S | 10/15/2020 |
| SUNW | 5700 | 6/1/2020 | 0.47 | 2706.93 S | 10/15/2020 |
| SUNW | 13000 | 6/2/2020 | 0.5 | 6497.4 S | 10/15/2020 |
| SUNW | 3702 | 6/3/2020 | 0.5 | 1851 S | 10/15/2020 |
| SUNW | 276 | 6/3/2020 | 0.5 | 137.97 S | 10/15/2020 |
| SUNW | 10022 | 6/3/2020 | 0.51 | 5099.19 S | 10/15/2020 |
| SUNW | 10000 | 6/3/2020 | 0.5 | 5000 S | 10/15/2020 |
| SUNW | 100 | 6/3/2020 | 0.5 | 49.52 S | 10/15/2020 |

| | | | | | |
|---|---:|---|---:|---:|---|
| SUNW | 9776 | 6/3/2020 | 0.5 | 4888 S | 10/15/2020 |
| SUNW | 124 | 6/3/2020 | 0.5 | 61.99 S | 10/15/2020 |
| SUNW | 450 | 7/7/2020 | 0.75 | 339.14 S | 10/15/2020 |
| SUNW | 4800 | 7/27/2020 | 1.25 | 6000 S | 10/15/2020 |
| SUNW | 1330 | 8/13/2020 | 0.79 | 1049.64 S | 10/15/2020 |
| SUNW | 1627 | 3/31/2020 | 0.37 | 604.76 S | 10/15/2020 |
| SUNW | 7738 | 3/31/2020 | 0.37 | 2878.54 S | 10/15/2020 |
| SUNW | 2462 | 3/31/2020 | 0.37 | 915.37 S | 10/15/2020 |
| SUNW | 200 | 3/31/2020 | 0.37 | 74.46 S | 10/15/2020 |
| SUNW | 100 | 3/31/2020 | 0.37 | 37.36 S | 10/15/2020 |
| SUNW | 4700 | 3/31/2020 | 0.37 | 1757.33 S | 10/15/2020 |
| SUNW | 4801 | 3/31/2020 | 0.37 | 1795.57 S | 10/15/2020 |
| SUNW | 216 | 3/31/2020 | 1/0/1900 | 78.6 S | 10/15/2020 |
| SUNW | 22.85714 | 12/28/2018 | 1/1/1900 | 49.37 S | 10/15/2020 |
| SUNW | 12.57143 | 5/29/2019 | 1/7/1900 | 94.34 S | 10/15/2020 |
| SUNW | 45.2857 | 6/27/2019 | 1/3/1900 | 179.81 S | 10/15/2020 |
| SUNW | 33.71428 | 7/29/2019 | 1/3/1900 | 136.97 S | 10/15/2020 |
| SUNW | 298.28563 | 2/21/2017 | 1/15/1900 | 4,499.19 S | 10/15/2020 |
| SUNW | 1,704.29 | 42,787.00 | 1/15/1900 | 26,136.69 S | 10/15/2020 |
| SUNW | 710.71407 | 2/28/2017 | 1/14/1900 | 10,108.74 S | 10/15/2020 |
| SUNW | 1,891.00 | 42,814.00 | 1/10/1900 | 19,198.60 S | 10/15/2020 |
| SUNW | 967.14257 | 4/3/2017 | 1/11/1900 | 10,698.08 S | 10/15/2020 |
| SUNW | 285.7142 | 4/3/2017 | 1/10/1900 | 3,084.95 S | 10/15/2020 |
| SUNW | 428.5713 | 4/3/2017 | 1/10/1900 | 4,650.00 S | 10/15/2020 |
| SUNW | 14.86167 | 11/10/2016 | 1/15/1900 | 223 S | 10/15/2020 |
| SUNW | 57.14284 | 11/10/2016 | 1/15/1900 | 905.99 S | 10/15/2020 |
| SUNW | 1,357.14 | 42,684.00 | 1/15/1900 | 21,375.00 S | 10/15/2020 |
| SUNW | 122.14282 | 11/15/2016 | 1/16/1900 | 1,976.49 S | 10/15/2020 |
| SUNW | 642.85695 | 12/1/2016 | 1/15/1900 | 10,032.84 S | 10/15/2020 |
| SUNW | 1,449.29 | 42,712.00 | 1/15/1900 | 22,734.80 S | 10/15/2020 |
| SUNW | 1,242.86 | 43,084.00 | 1/7/1900 | 8,957.25 S | 10/15/2020 |
| SUNW | 857.1426 | 12/13/2017 | 1/7/1900 | 6,244.95 S | 10/15/2020 |
| SUNW | 2,000.00 | 43,082.00 | 1/7/1900 | 14,704.95 S | 10/15/2020 |
| SUNW | 167.14281 | 9/22/2017 | 1/9/1900 | 1,668.11 S | 10/15/2020 |
| SUNW | 69.85712 | 6/28/2018 | 1/7/1900 | 506.62 S | 10/15/2020 |
| SUNW | 55.2857 | 7/27/2018 | 1/6/1900 | 384.21 S | 10/15/2020 |
| SUNW | 126.28568 | 8/29/2018 | 1/4/1900 | 576.72 S | 10/15/2020 |
| SUNW | 78.14283 | 6/4/2018 | 1/8/1900 | 634 S | 10/15/2020 |
| SUNW | 145.71424 | 9/27/2018 | 1/3/1900 | 508.32 S | 10/15/2020 |
| SUNW | 34.85713 | 2/6/2019 | 1/3/1900 | 123.8 S | 10/15/2020 |
| SUNW | 36.85713 | 2/27/2019 | 1/3/1900 | 148.89 S | 10/15/2020 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| SUNW | 31.71428 | 3/27/2019 | 1/3/1900 | 104.85 S | 10/15/2020 |
| SUNW | 142.8571 | 10/29/2018 | 1/2/1900 | 392.95 S | 10/15/2020 |
| SUNW | 60.71427 | 11/28/2018 | 1/2/1900 | 174.53 S | 10/15/2020 |
| SUNW | 20 | 9/27/2019 | 1/2/1900 | 54.95 S | 10/15/2020 |
| SUNW | 50 | 11/27/2019 | 1/1/1900 | 61.2 S | 10/15/2020 |
| SUNW | 70 | 12/30/2019 | 1/1/1900 | 90.83 S | 10/15/2020 |
| SUNW | 87 | 1/28/2020 | 1/0/1900 | 84.4 S | 10/15/2020 |
| SUNW | 126 | 6/1/2020 | 1/0/1900 | 59.55 S | 10/15/2020 |
| SUNW | 284 | 7/7/2020 | 1/0/1900 | 214.65 S | 10/15/2020 |
| SUNW | 1,495 | 44,039 | 1/1/1900 | 1,861.28 S | 10/15/2020 |
| SUNW | 103 | 3/27/2020 | 1/0/1900 | 35.91 S | 10/15/2020 |
| SUNW | 397 | 3/31/2020 | 1/0/1900 | 146.81 S | 10/15/2020 |
| SUNW | 6,684 | 43,921 | 1/0/1900 | 2,432.31 S | 10/15/2020 |
| SUNW | 5,000 | 43,921 | 1/0/1900 | 1,820.00 S | 10/15/2020 |
| SUNW | 42,975 | 43,921 | 1/0/1900 | 15,900.75 S | 10/15/2020 |
| SUNW | 100 | 3/31/2020 | 1/0/1900 | 36.39 S | 10/15/2020 |
| SUNW | 1287 | | | | 9/24/2020 |
| SUNW | 4502 | | | | 9/24/2020 |
| SUNW | 3840 | | | | 9/24/2020 |
| SUNW | 2550 | | | | 9/24/2020 |
| SUNW | 1561 | | | | 9/24/2020 |
| SUNW | 3400 | | | | 9/24/2020 |
| SUNW | 700 | | | | 9/24/2020 |
| SUNW | 2700 | | | | 9/24/2020 |
| SUNW | 2555 | | | | 9/24/2020 |
| SUNW | 2174 | | | | 9/24/2020 |
| SUNW | 1 | | | | 9/24/2020 |
| SUNW | 1150 | | | | 9/24/2020 |
| SUNW | 1719 | | | | 9/24/2020 |
| SUNW | 357 | | | | 9/24/2020 |
| SUNW | 300 | | | | 9/24/2020 |
| SUNW | 1754 | | | | 9/24/2020 |

| Closing Price $ | Closing Net Amount $ | Realized Gain $ | Term |
|---:|---:|---:|---|
| 8 | 3005.63 | -4489.61 | Long |
| 8 | 803.54 | -1198.44 | Long |
| 8 | 1102.83 | -999.86 | Long |
| 8 | 6628.38 | -7389.76 | Long |
| 8 | 8342.62 | -12069.41 | Long |
| 8 | 11428.25 | -12980.74 | Long |
| 8 | 1861.66 | 30.01 | Long |
| 8 | 1795.38 | 22.27 | Long |
| 8 | 21142.26 | 782.36 | Long |
| 8 | 342.85 | 6.85 | Long |
| 8 | 2634.21 | 65.76 | Long |
| 8 | 2411.36 | 43.21 | Long |
| 8 | 114.28 | -5.67 | Long |
| 8 | 13713.9 | 28.95 | Long |
| 8 | 13894.47 | -11155.96 | Long |
| 8 | 8710.61 | -6271.57 | Long |
| 8 | 10310.57 | -6470.35 | Long |
| 8 | 228.56 | -143.38 | Long |
| 8 | 516.56 | -319.64 | Long |
| 8 | 1257.11 | -766.89 | Long |
| 8 | 45713 | 108.05 | Long |
| 8 | 18180.06 | -1868.97 | Long |
| 8 | 105.14 | -9.86 | Long |
| 8 | 17929.78 | -588.19 | Long |
| 8 | 7542.64 | 13.69 | Long |
| 8 | 571.41 | 1.46 | Long |
| 8 | 8571.19 | 579.49 | Long |
| 8 | 4679.87 | 398.1 | Long |
| 8 | 1351.96 | 94.21 | Long |
| 8 | 2990.77 | 1132.96 | Long |
| 8 | 482.27 | 182.65 | Long |
| 8 | 114.28 | 39.03 | Long |
| 8 | 114.28 | 42.28 | Long |
| 8 | 2057.08 | 721.04 | Long |
| 8 | 50228.3 | 17704 | Long |
| 8 | 342.85 | 118.96 | Long |
| 8 | 342.85 | 123.85 | Long |
| 8 | 114.28 | 37.31 | Long |
| 8 | 1485.67 | 546.81 | Long |
| 8 | 6056.97 | 2209.17 | Long |

| | | | |
|---|---|---|---|
| 8 | 2285.65 | 830.65 | Long |
| 8 | 11428.25 | 4423.3 | Long |
| 8 | 5555.27 | 2084.43 | Long |
| 8 | 12246.51 | 5061.84 | Long |
| 8 | 3497.04 | 1442.5 | Long |
| 8 | 13103.63 | 6219.08 | Long |
| 8 | 1257.11 | 71.31 | Long |
| 8 | 4458.16 | 248.2 | Long |
| 8 | 857.12 | 47.12 | Long |
| 8 | 4171.31 | 679.51 | Long |
| 8 | 7256.94 | 1283.62 | Long |
| 8 | 2366.79 | 1347.05 | Long |
| 8 | 2933.63 | 1656.09 | Long |
| 8 | 1942.8 | 1095.35 | Long |
| 8 | 837.69 | 466.24 | Long |
| 8 | 8571.19 | 5566.24 | Long |
| 8 | 8790.61 | 5785.78 | Long |
| 8 | 9455.73 | 5566.95 | Long |
| 8 | 2285.65 | 1361.7 | Long |
| 8 | 342.85 | 204.85 | Long |
| 8 | 6595.24 | 4570.44 | Long |
| 8 | 12113.94 | 8611 | Long |
| 8 | 18413.2 | 13447.37 | Long |
| 8 | 3787.32 | 2862.4 | Long |
| 8 | 457.13 | 312.62 | Long |
| 8 | 3542.76 | 2460.37 | Long |
| 8 | 2415.93 | 1681.35 | Long |
| 8 | 114.28 | 75.33 | Long |
| 8 | 60.57 | 41.49 | Long |
| 8 | 3113.06 | 2127.47 | Long |
| 8 | 11081.97 | 6572.82 | Long |
| 8 | 228.56 | 132.45 | Long |
| 8 | 625.13 | 375.42 | Long |
| 8 | 278.85 | 170.79 | Long |
| 8 | 247.99 | 169.32 | Long |
| 8 | 6231.83 | 4318.33 | Long |
| 8 | 3983.89 | 2768.12 | Long |
| 8 | 2567.93 | 1775.06 | Long |
| 8 | 39598.9 | 29302.9 | Short |
| 8 | 4799.87 | 3545.87 | Short |
| 8 | 32151.1 | 23711.2 | Short |

| | | | |
|---|---|---|---|
| 8 | 479.99 | 277.93 | Short |
| 8 | 88 | 73.7 | Short |
| 8 | 3127.91 | 2132.36 | Short |
| 8 | 719.98 | 607.03 | Short |
| 8 | 271.99 | 247 | Short |
| 8 | 24495.32 | 22336.91 | Short |
| 8 | 9303.74 | 8484.12 | Short |
| 8 | 9599.73 | 8758.53 | Short |
| 8 | 4439.88 | 4051.43 | Short |
| 8 | 5599.84 | 5109.84 | Short |
| 8 | 22887.36 | 20906.98 | Short |
| 8 | 28399.21 | 26406.89 | Short |
| 8 | 16703.53 | 15701.5 | Short |
| 8 | 10535.71 | 9932.92 | Short |
| 8 | 21743.39 | 20740.45 | Short |
| 8 | 9751.73 | 9256.81 | Short |
| 8 | 12695.65 | 12141.91 | Short |
| 8 | 15999.55 | 15335.15 | Short |
| 8 | 335.99 | 321.37 | Short |
| 8 | 67918.11 | 64862.56 | Short |
| 8 | 31999.11 | 30539.11 | Short |
| 8 | 79997.77 | 76322.77 | Short |
| 8 | 4799.87 | 4598.93 | Short |
| 8 | 11199.69 | 10730.69 | Short |
| 8 | 663.98 | 636.48 | Short |
| 8 | 16559.54 | 15866.3 | Short |
| 8 | 62774.25 | 60145.51 | Short |
| 8 | 10039.72 | 9616.79 | Short |
| 8 | 1703.95 | 1631.53 | Short |
| 8 | 511.99 | 464.63 | Short |
| 3.1 | 2967.03 | -3742.87 | Long |
| 3.1 | 3317.31 | -4323.51 | Long |
| 3.1 | 2059.65 | -2642.81 | Long |
| 3.1 | 88.57 | -55.03 | Long |
| 3.1 | 221.42 | -143.48 | Long |
| 3.1 | 2214.2 | -1385.8 | Long |
| 3.1 | 6332.61 | -4392.39 | Long |
| 3.1 | 3808.42 | -4963.58 | Long |
| 3.1 | 222.34 | -287.11 | Long |
| 3.1 | 398.56 | -510.44 | Long |
| 3.1 | 1549.94 | -1879.01 | Long |

| | | | |
|---|---:|---:|---|
| 3.1 | 841.4 | -1024.79 | Long |
| 3.1 | 291.83 | -353.99 | Long |
| 3.1 | 1745.23 | -2179.04 | Long |
| 3.1 | 3297.39 | -4292.06 | Long |
| 3.1 | 88.57 | -116.36 | Long |
| 3.1 | 2054.33 | -2584.67 | Long |
| 3.1 | 904.72 | -1179.14 | Long |
| 3.1 | 1904.21 | -2443.74 | Long |
| 3.1 | 2214.2 | -2690.75 | Long |
| 3.1 | 324.6 | -373.18 | Long |
| 3.1 | 4428.4 | -5076.55 | Long |
| 3.1 | 188.21 | -224.74 | Long |
| 3.1 | 790.47 | -205.69 | Long |
| 3.1 | 3391.27 | -1116.58 | Long |
| 3.1 | 8971.94 | -1081.97 | Long |
| 3.1 | 3081.72 | -322.7 | Long |
| 3.1 | 74.4 | -11.53 | Long |
| 3.1 | 2268.23 | -223.63 | Long |
| 3.1 | 30.11 | -3.07 | Long |
| 3.1 | 132.85 | -13.85 | Long |
| 3.1 | 62.88 | -6.66 | Long |
| 3.1 | 10716.72 | -1141.28 | Long |
| 3.1 | 287.85 | -27.8 | Long |
| 3.1 | 1463.14 | -122.78 | Long |
| 3.1 | 3016.18 | -580.89 | Long |
| 3.1 | 4428.4 | -470.55 | Long |
| 3.1 | 309.99 | -8.42 | Long |
| 3.1 | 96.1 | 6.52 | Long |
| 3.1 | 398.56 | -19.49 | Long |
| 3.1 | 2524.19 | -97.81 | Long |
| 3.1 | 88.57 | -5.23 | Long |
| 3.1 | 3875.29 | -237.68 | Long |
| 3.1 | 442.84 | -21.16 | Long |
| 3.1 | 398.56 | -24.89 | Long |
| 3.1 | 600.93 | 26.04 | Long |
| 3.1 | 217.88 | 76.35 | Long |
| 3.1 | 58.01 | -70.75 | Long |
| 3.1 | 1048.64 | -376.87 | Long |
| 3.1 | 952.11 | -337.89 | Long |
| 3.1 | 4959.81 | -2123.54 | Long |
| 3.1 | 389.7 | -101.71 | Long |

| | | | |
|---|---:|---:|---|
| 3.1 | 398.56 | -106.34 | Long |
| 3.1 | 25.24 | -6.62 | Long |
| 3.1 | 132.85 | -33.95 | Long |
| 3.1 | 8536.62 | -1889.47 | Long |
| 3.1 | 1803.24 | -400.53 | Long |
| 3.1 | 1727.08 | -400.37 | Long |
| 3.1 | 4218.05 | -1010.22 | Long |
| 3.1 | 108.5 | -35.86 | Long |
| 3.1 | 182.45 | -52.97 | Long |
| 3.1 | 4169.78 | -918.87 | Long |
| 3.1 | 728.03 | -15.57 | Long |
| 3.1 | 166.95 | -6.28 | Long |
| 3.1 | 719.17 | 134.22 | Long |
| 3.1 | 2008.72 | 181.36 | Short |
| 3.1 | 933.06 | 75.21 | Short |
| 3.1 | 31 | -2.9 | Short |
| 3.1 | 176.69 | 106.3 | Short |
| 3.1 | 1394.95 | 852.11 | Short |
| 3.1 | 390.58 | 235.6 | Short |
| 3.1 | 613.78 | 420.97 | Short |
| 3.1 | 288.29 | 194.82 | Short |
| 3.1 | 5852.57 | 3945.69 | Short |
| 3.1 | 2823.99 | 2360.02 | Short |
| 3.1 | 756.37 | 636.05 | Short |
| 3.1 | 223.19 | 175.35 | Short |
| 3.1 | 3205.28 | 2425.97 | Short |
| 3.1 | 15474.6 | 9235.1 | Short |
| 3.1 | 7377.71 | 5391.54 | Short |
| 3.1 | 20732 | 15782.88 | Short |
| 3.1 | 11838.44 | 9242.28 | Short |
| 3.1 | 781.17 | 606.97 | Short |
| 3.1 | 759.47 | 674.35 | Short |
| 3.1 | 4721.12 | 4214.07 | Short |
| 3.1 | 309.99 | 276.6 | Short |
| 3.1 | 10536.49 | 9329.85 | Short |
| 3.1 | 6509.75 | 5762.15 | Short |
| 3.1 | 13952.56 | 12345.7 | Short |
| 3.1 | 2789.89 | 2430.34 | Short |
| 3.1 | 27257.24 | 23740.04 | Short |
| 3.1 | 951.66 | 828.89 | Short |
| 3.1 | 15499.4 | 13386.4 | Short |

| | | | |
|---|---:|---:|---|
| 3.1 | 3099.88 | 2638.26 | Short |
| 3.1 | 309.99 | 266.97 | Short |
| 3.1 | 309.99 | 266.96 | Short |
| 3.1 | 619.98 | 533.86 | Short |
| 3.1 | 309.99 | 266.75 | Short |
| 3.1 | 1549.94 | 1332.44 | Short |
| 3.1 | 3099.88 | 2676.88 | Short |
| 3.1 | 1084.96 | 935.51 | Short |
| 3.1 | 30998.8 | 26419.8 | Short |
| 3.1 | 20453.01 | 16988.44 | Short |
| 3.1 | 13986.66 | 11035.81 | Short |
| 3.1 | 111.6 | 85.32 | Short |
| 8.1 | 1429.13 | -514.54 | Long |
| 8.1 | 16844.08 | 2427.7 | Long |
| 8.1 | 584.34 | 60.75 | Long |
| 8.1 | 28336.51 | -1545.01 | Long |
| 8.1 | 115.71 | -3.79 | Long |
| 8.1 | 28923.17 | -1076.98 | Long |
| 8.1 | 1157.11 | 37.16 | Long |
| 8.1 | 2314.22 | 76.22 | Long |
| 8.1 | 5207 | 167 | Long |
| 8.1 | 6736.71 | -79.98 | Long |
| 8.1 | 7148.64 | -138.94 | Long |
| 8.1 | 13689.79 | 315.81 | Long |
| 8.1 | 4165.6 | 164.65 | Long |
| 8.1 | 18976.64 | 608.64 | Long |
| 8.1 | 19274.01 | 446.65 | Long |
| 8.1 | 1388.53 | 39.58 | Long |
| 8.1 | 19741.49 | 1651.88 | Long |
| 8.1 | 5443.05 | 28.5 | Long |
| 8.1 | 4628.45 | 437.5 | Long |
| 8.1 | 55.54 | -0.29 | Long |
| 8.1 | 329.78 | 21.68 | Long |
| 8.1 | 4160.97 | 631.94 | Long |
| 8.1 | 9379.55 | 4145.42 | Long |
| 8.1 | 1029.83 | 137.91 | Long |
| 8.1 | 1967.09 | -9.86 | Long |
| 8.1 | 23026.53 | -256.47 | Long |
| 8.1 | 1735.67 | -39.28 | Long |
| 8.1 | 9562.37 | -483.34 | Long |
| 8.1 | 32399.13 | 194.19 | Long |

| | | | |
|---|---|---|---|
| 8.1 | 347.13 | 6.66 | Long |
| 8.1 | 231.42 | 4.42 | Long |
| 8.1 | 115.71 | 1.81 | Long |
| 8.1 | 4372.73 | 62.74 | Long |
| 8.1 | 134.22 | 1.98 | Long |
| 8.1 | 809.98 | 468.31 | Long |
| 8.1 | 10736.84 | 6185.18 | Long |
| 8.1 | 2933.28 | 1520.64 | Long |
| 8.1 | 1514.66 | 950.19 | Long |
| 8.1 | 1149.01 | 722.02 | Long |
| 8.1 | 10473.02 | 6938.18 | Long |
| 8.1 | 694.27 | 455.26 | Long |
| 8.1 | 3934.18 | 2607.5 | Long |
| 8.1 | 2116.36 | 1601.12 | Long |
| 8.1 | 3326.7 | 2205.23 | Long |
| 8.1 | 536.9 | 77.23 | Long |
| 8.1 | 1534.33 | 796.37 | Long |
| 8.1 | 1034.46 | 529.41 | Long |
| 8.1 | 1198.77 | 825.3 | Short |
| 8.1 | 2454.24 | 2080.64 | Short |
| 8.1 | 2656.73 | 2231.08 | Short |
| 8.1 | 2600.03 | 2288.64 | Short |
| 8.1 | 3677.3 | 3518.45 | Short |
| 8.1 | 7071.11 | 6746.62 | Short |
| 8.1 | 809.98 | 772.78 | Short |
| 8.1 | 1619.96 | 1545.6 | Short |
| 8.1 | 8.1 | 7.73 | Short |
| 8.1 | 54195.67 | 51721.34 | Short |
| 8.1 | 71091.82 | 67844.33 | Short |
| 8.1 | 161995.72 | 154597.72 | Short |
| 3.1 | 309.99 | 262.86 | Short |
| 3.1 | 11054.13 | 9360.28 | Short |
| 3.1 | 7086.3 | 5989.02 | Short |
| 3.1 | 13329.43 | 11286.93 | Short |
| 3.1 | 17669.24 | 14962.31 | Short |
| 3.1 | 40298.27 | 33800.87 | Short |
| 3.1 | 11475.71 | 9624.71 | Short |
| 3.1 | 855.56 | 717.59 | Short |
| 3.1 | 31066.87 | 25967.67 | Short |
| 3.1 | 30998.67 | 25998.67 | Short |
| 3.1 | 309.99 | 260.47 | Short |

| | | | |
|---|---|---|---|
| 3.1 | 30304.3 | 25416.3 | Short |
| 3.1 | 384.38 | 322.4 | Short |
| 3.1 | 1394.94 | 1055.8 | Short |
| 3.1 | 14879.36 | 8879.36 | Short |
| 3.1 | 4122.82 | 3073.19 | Short |
| 3.1 | 5043.48 | 4438.73 | Short |
| 3.1 | 23986.77 | 21108.23 | Short |
| 3.1 | 7631.87 | 6716.5 | Short |
| 3.1 | 619.97 | 545.51 | Short |
| 3.1 | 309.99 | 272.63 | Short |
| 3.1 | 14569.37 | 12812.04 | Short |
| 3.1 | 14882.46 | 13086.89 | Short |
| 1/3/1900 | 672.8 | 594.2 | Short |
| 1/3/1900 | 70.85 | 21.48 | Long |
| 1/3/1900 | 38.97 | -55.37 | Long |
| 1/3/1900 | 140.38 | -39.43 | Long |
| 1/3/1900 | 104.51 | -32.46 | Long |
| 1/3/1900 | 924.64 | -3,574.55 | Long |
| 1/3/1900 | 5,283.03 | -20,853.66 | Long |
| 1/3/1900 | 2,203.11 | -7,905.64 | Long |
| 1/3/1900 | 5,861.81 | -13,336.79 | Long |
| 1/3/1900 | 2,998.00 | -7,700.09 | Long |
| 1/3/1900 | 885.67 | -2,199.28 | Long |
| 1/3/1900 | 1,328.51 | -3,321.49 | Long |
| 1/3/1900 | 46.07 | -176.93 | Long |
| 1/3/1900 | 177.13 | -728.86 | Long |
| 1/3/1900 | 4,206.94 | -17,168.06 | Long |
| 1/3/1900 | 378.62 | -1,597.87 | Long |
| 1/3/1900 | 1,992.76 | -8,040.08 | Long |
| 1/3/1900 | 4,492.57 | -18,242.23 | Long |
| 1/3/1900 | 3,852.67 | -5,104.58 | Long |
| 1/3/1900 | 2,657.01 | -3,587.94 | Long |
| 1/3/1900 | 6,199.70 | -8,505.25 | Long |
| 1/3/1900 | 518.12 | -1,149.99 | Long |
| 1/3/1900 | 216.55 | -290.07 | Long |
| 1/3/1900 | 171.38 | -212.83 | Long |
| 1/3/1900 | 391.47 | -185.25 | Long |
| 1/3/1900 | 242.23 | -391.77 | Long |
| 1/3/1900 | 451.69 | -56.63 | Long |
| 1/3/1900 | 108.05 | -15.75 | Long |
| 1/3/1900 | 114.25 | -34.64 | Long |

| Date | Value | Amount | Position |
|---|---|---|---|
| 1/3/1900 | 98.31 | -6.54 | Long |
| 1/3/1900 | 442.84 | 49.89 | Long |
| 1/3/1900 | 188.21 | 13.68 | Long |
| 1/3/1900 | 62 | 7.05 | Long |
| 1/3/1900 | 154.99 | 93.8 | Short |
| 1/3/1900 | 216.99 | 126.16 | Short |
| 1/3/1900 | 269.69 | 185.29 | Short |
| 1/3/1900 | 390.58 | 331.03 | Short |
| 1/3/1900 | 880.36 | 665.71 | Short |
| 1/3/1900 | 4,634.28 | 2,773.00 | Short |
| 1/3/1900 | 319.28 | 283.37 | Short |
| 1/3/1900 | 1,230.64 | 1,083.83 | Short |
| 1/3/1900 | 20,719.40 | 18,287.09 | Short |
| 1/3/1900 | 15,499.25 | 13,679.25 | Short |
| 1/3/1900 | 133,216.05 | 117,315.30 | Short |
| 1/3/1900 | 311.98 | 275.59 | Short |
| 6.42 | 8262.2 | | |
| 6.41 | 28856.65 | | |
| 6.4 | 24575 | | |
| 6.39 | 16293.83 | | |
| 6.38 | 9958.78 | | |
| 6.37 | 21657.12 | | |
| 6.35 | 4444.82 | | |
| 6.34 | 17117.3 | | |
| 6.33 | 16172.48 | | |
| 6.32 | 13739.12 | | |
| 6.31 | 6.31 | | |
| 6.3 | 7244.71 | | |
| 6.29 | 10812.06 | | |
| 6.28 | 2241.87 | | |
| 6.26 | 1877.92 | | |
| 6.25 | 10962.05 | | |