**BRODSKY SMITH**
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINH HOANG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNWORKS, INC., CHARLES F. CARGILE, DANIEL GROSS, JUDITH HALL, RHONE RESCH, STANLEY SPEER, THE PECK COMPANY HOLDINGS, INC., and PECK MERCURY, INC.,<br><br>Defendants. | **Case No.: 2:20-cv-02106-MCE-JDP**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Linh Hoang ("Plaintiff") voluntarily dismisses this action without prejudice as to both Plaintiff and the putative class.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Since no class has been certified and the dismissal is without prejudice as to Plaintiff and all other members of the putative class, notice of this dismissal is not required.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: July 22, 2021                          **BRODSKY SMITH**

                                  By:  */s/ Evan J. Smith*
                                       Evan J. Smith, Esquire (SBN 242352)
                                       esmith@brodskysmith.com
                                       Ryan P. Cardona, Esquire (SBN 302113)
                                       rcardona@brodskysmith.com
                                       9595 Wilshire Blvd., Ste. 900
                                       Phone:  (877) 534-2590
                                       Facsimile (310) 247-0160

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)